# UNITED STATES DISTRICT COURT

_____ District of _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Organizational Defendants) |
| GREY EAGLE, INC., | CASE NUMBER: DPAE2:11CR000141-002 |
| | GERALD A. STEIN |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

x  pleaded guilty to count(s)  1 THRU 16

☐  pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐  was found guilty on count(s) _____
    after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1347 | Health Care Fraud | 2/10/11 | 1-16 |
| 18:2 | Aiding and Abetting | 2/10/11 | 1-16 |

The defendant organization is sentenced as provided in pages 2 through __4__ of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: 26-0504244

Defendant Organization's Principal Business Address:

550 STATE ROAD

SUITE 102

BENSALEM, PENNSYLVANIA

Defendant Organization's Mailing Address:

2783 ROBERTS AVENUE

PHILADELPHIA, PA

APRIL 26, 2012
Date of Imposition of Judgment

_Signature of Judge_

J. CURTIS JOYNER - USDC - EDPA
Name and Title of Judge

April 30, 2012
Date

DEFENDANT ORGANIZATION:    GREY EAGLE, INC.,
CASE NUMBER:           11-141-2

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 6,400.00 | $ | $ 1,307,186.52 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| The Centers of Medicare and Medicaid Service | $1,307,186.52 | $1,307,186.52 | |
| Division of Accounting Operations | | | |
| RE: Grey Eagle Ambulance | | | |
| OI File #3-09-00017-9 | | | |
| POB 7520 | | | |
| Baltimore, MD 21207-0520 | | | |
| **TOTALS** | $     1,307,186.52 | $     1,307,186.52 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT ORGANIZATION:     GREY EAGLE, INC.,
CASE NUMBER:     11-141-2

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

The amount ordered represents the total amount due to the victim for this loss. The defendant's restitution obligation shall not be affected by any restitution payments made by other defendants in this case, except that no further payments shall be required after the sum of the amount actually paid by all defendants has fully satisfied this loss.

DEFENDANT ORGANIZATION:    GREY EAGLE, INC.,
CASE NUMBER:    11-141-2

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  x  Lump sum payment of $ __1,313,586.52__ due immediately, balance due

    ☐ not later than _____ , or
    x  in accordance with   x  C or   x  D below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C or  ☐ D below); or

**C**  x  Payment in __monthly__ (e.g., equal, weekly, monthly, quarterly) installments of $ __5,000.00__ over a period of __3 years__ (e.g., months or years), to commence __30__ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  x  Special instructions regarding the payment of criminal monetary penalties:

    Payments should be made payable to Clerk, U.S. District Court for distribution. The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing address or residence that occurs while any portion of the restitution remains unpaid.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

x   Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

Boris Rostovsky         Criminal No. 11-141-1         Restitution         $1,307,186.52

☐  The defendant organization shall pay the cost of prosecution.

☐  The defendant organization shall pay the following court cost(s):

☐  The defendant organization shall forfeit the defendant organization's interest in the following property to the United States: